1  BOIES, SCHILLER & FLEXNER, LLP
   JOHN F. COVE, JR. (SBN 212213)
2  STEVEN G. TIDRICK (SBN 224760)
   LAURA J. McKAY (SBN 230049)
3  1999 Harrison Street, Suite 900
   Oakland, CA 94612
4  Telephone: (510) 874-1000
5  Facsimile: (510) 874-1460

6  Attorneys for Defendant
   Hill-Rom Co., Inc.
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | KAISER FOUNDATION HOSPITALS;          | Case No.: 2:06-cv-01873
   | KAISER FOUNDATION HEALTH PLAN,        |
12 | INC.; and THE PERMANENTE MEDICAL      |
   | GROUP, INC.,                          | STIPULATION AND ORDER FOR
13 |                                       | EXTENSION OF TIME TO ANSWER THE
   |            Plaintiffs,                | COMPLAINT
14 |                                       |
15 |       v.                              |
   |                                       | Assigned to: Chief Judge David F. Levi
16 |                                       | Referred to: Magistrate Judge Dale A. Drozd
   | HILL-ROM COMPANY, INC.; and           |
17 | DOES 1 through-100,                   |
18 |            Defendants.                |

19
20
21
22
23
24
25
26
27
28

STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT
Case No.: 2:06-cv-01873

Pursuant to Civil L.R. 6-144(a), the parties previously agreed to an initial stipulation extending Defendant Hill-Rom Company, Inc.'s time to answer the complaint in this action by thirty (30) days, from August 28, 2006 until September 27, 2006.  The parties subsequently agreed to a second extension of twenty (20) days, from September 27, 2006 to October 17, 2006, which was approved by the Court.  In furtherance of their efforts to settle this matter, it is hereby agreed by the parties that Defendant Hill-Rom Company, Inc. shall have an additional seven (7) days, from October 17, 2006 to October 24, 2006, to answer the complaint in this action.

The parties respectfully request that the Court approve this stipulation.

DATED: October ___, 2006

By: _____
S. Bradford Harper
CRADDICK, CANDLAND & CONTI
915 San Ramon Valley Boulevard, Suite 260
Danville, CA 94526
*Counsel for Plaintiffs*

DATED: October ___, 2006

By: _____
Steven G. Tidrick
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
*Counsel for Hill-Rom Company, Inc.*

IT IS SO ORDERED.

Dated: 10/16/2006

_____
DAVID F. LEVI
United States District Judge

2
STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT
Case No.: 2:06-cv-01873