1  BOIES, SCHILLER & FLEXNER, LLP
   JOHN F. COVE, JR. (SBN 212213)
2  STEVEN G. TIDRICK (SBN 224760)
   LAURA J. McKAY (SBN 230049)
3  1999 Harrison Street, Suite 900
   Oakland, CA 94612
4  Telephone: (510) 874-1000
5  Facsimile: (510) 874-1460

6  Attorneys for Defendant
   Hill-Rom Co., Inc.
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAISER FOUNDATION HOSPITALS; KAISER FOUNDATION HEALTH PLAN, INC.; and THE PERMANENTE MEDICAL GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HILL-ROM COMPANY, INC.; and DOES 1 through-100,<br><br>Defendants. | Case No.: 2:06-cv-01873<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT<br><br>Assigned to: Chief Judge David F. Levi<br>Referred to: Magistrate Judge Dale A. Drozd |

STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT
Case No.: 2:06-cv-01873

Pursuant to Civil L.R. 6-144(a), the parties previously agreed to an initial stipulation extending Defendant Hill-Rom Company, Inc.'s time to answer the complaint in this action by thirty (30) days, from August 28, 2006 until September 27, 2006.  The parties subsequently agreed to a second extension of twenty (20) days, from September 27, 2006 to October 17, 2006, which was approved by the Court.  In furtherance of their efforts to settle this matter, the parties then agreed to extend the date by which Defendant Hill-Rom Company, Inc. had to answer the complaint in this action by seven (7) days, from October 17, 2006 to October 24, 2006, which was also approved by the Court.

On Monday, October, 23, 2006, counsel for Hill-Rom Company, Inc. experienced a family medical emergency.  In light of this circumstance, it is hereby agreed by the parties that Defendant Hill-Rom Company, Inc. shall have four (4) day extension of time to answer the complaint, from Tuesday, October 24, 2006 to Monday, October 30, 2006.

The parties respectfully request that the Court approve this stipulation.

DATED:  October ___, 2006

By: _____
S. Bradford Harper
CRADDICK, CANDLAND & CONTI
915 San Ramon Valley Boulevard, Suite 260
Danville, CA 94526
*Counsel for Plaintiffs*

DATED:  October ___, 2006

By: _____
Steven G. Tidrick
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
*Counsel for Hill-Rom Company, Inc.*

1
2   IT IS SO ORDERED.
3
4   Dated:  October 30, 2006

/s/ David F. Levi
The Honorable David F. Levi
United States District Judge