IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAISER FOUNDATION HOSPITALS, etc., et al.,

       Plaintiffs,

       v.

HILL-ROM COMPANY, INC.; et al.,

       Defendants.
_____/

CIV. S-06-1873 DFL DAD

<u>ORDER RE DISPOSITION AFTER NOTIFICATION OF SETTLEMENT</u>

    The court has been advised by plaintiffs' counsel, Bradford Harper, Esq., and defendants' counsel, Laura J. McKay, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than April 19, 2007; and

//

1

2.   That all hearing dates previously set in this matter are vacated.

IT IS SO ORDERED.

Dated:  March 9, 2007

                                        /s/ David F. Levi
                                        DAVID F. LEVI
                                        United States District Judge