1  JEFFREY A. HARPER (State Bar No. 083562)
   S. BRADFORD HARPER (State Bar No. 200841)
2  CRADDICK, CANDLAND & CONTI
   A Professional Corporation
3  915 San Ramon Valley Blvd., Suite 260
   Danville, CA  94526-4020
4  Telephone:  (925) 838-1100
   Facsimile:  (925) 743-0729
5
   Attorneys for Plaintiff(s),
6  KAISER FOUNDATION HOSPITALS, a non-profit
   corporation, KAISER FOUNDATION HEALTH
7  PLAN, INC., a non-profit corporation, and THE
   PERMANENTE MEDICAL GROUP, INC., a
8  professional corporation

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF USDC - EASTERN DISTRICT

| KAISER FOUNDATION HOSPITALS, a non-profit corporation, KAISER FOUNDATION HEALTH PLAN, INC., a non-profit corporation, and THE PERMANENTE MEDICAL GROUP, INC., a professional corporation, | No. 2:06-cv-1873-DFL-DAD |
|---|---|
| Plaintiff(s), | **ORDER RE DISMISSAL** |
| vs. | |
| HILL-ROM COMPANY, INC.; and DOES 1 through 100, | |
| Defendant(s). | |

The parties have stipulated to a dismissal, with prejudice, of this above-captioned entire action of all parties and all causes of action.

Accordingly, IT IS ORDERED:

1.   That the entire action of all parties and all causes of action is dismissed, with prejudice;

/ / /

/ / /

**[Proposed] Order Re Dismissal  --  Case No. 2:06-cv-01873-DFL-DAD**

**IT IS SO ORDERED.**

Dated:   April 26, 2007

           /s/ David F. Levi
           DAVID F. LEVI
           United States District Judge